**ROCKARD J. DELGADILLO,** City Attorney (SBN 125465x)
**MICHAEL L. CLAESSENS,** Senior Asst. City Attorney
**CORY M. BRENTE,** Supervising Assistant City Attorney
**SHAUN DABBY JACOBS,** Deputy City Attorney (SBN 185073)
E-Mail: Shaun.Jacobs@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-7027; Fax No.: (213) 978-8785

*Attorneys for Defendants* **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, KARENA ROWAN, MARK AGUILAR, MARK FLORES and DAMIAN VELASCO**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED EJIGU, an individual,<br><br>*Plaintiff,*<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, KARENA ROWAN (#32708), and DOES 1 through 10,<br><br>*Defendants.* | Case No. CV05-1146 PA(PJWx)<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel as follows:

That the above-captioned action be and hereby is dismissed against the Defendants, **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT,**

....
....
....
....
....
....

#154073-1

KARENA ROWAN, MARK AGUILAR, MARK FLORES and DAMIAN VELASCO with prejudice the entire action, pursuant to Rule 41 (a) (1), Federal Rules of Civil Procedure, with each side to bear their own costs and attorneys' fees.

Dated: April 11, 2006

ROBERT MANN
DONALD W. COOK
ATTORNEYS AT LAW

By _____
DONALD W. COOK

*Attorneys for Plaintiff*
**JARED EJIGU**

Dated: ~~April~~ May 5, 2006

**ROCKARD J. DELGADILLO**, City Attorney
**MICHAEL L. CLAESSENS**, Senior
    Assistant City Attorney
**CORY M. BRENTE**, Supervising
    Assistant City Attorney
**SHAUN DABBY JACOBS**, Deputy City Attorney

By _____
SHAUN DABBY JACOBS,
Deputy City Attorney

*Attorneys for Defendants,* **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, KARENA ROWAN, MARK AGUILAR, MARK FLORES and DAMIAN VELASCO**

## ORDER

**IT IS SO ORDERED.**

Dated: May 10, 2006

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

#154073-1

# PROOF OF SERVICE

I, Melinda Crowe, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 600 City Hall East, 200 North Main Street, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 9, 2006, at my place of business at Los Angeles, California, a copy of the attached **STIPULATION AND ORDER FOR DISMISSAL** was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid addressed to:

| ATTORNEYS FOR PLAINTIFF, JARED EJIGU | ROBERT MANN, CSB 48293<br>DONALD W. COOK, CSB 116666<br>Attorney at Law<br>3435 Wilshire Boulevard, Suite 2900<br>Los Angeles, California 90010<br>Telephone: (213) 252-9444<br>Facsimile: (213) 252-0091 |
|---|---|

[X] and that envelope was placed for collection and mailing on that date following ordinary business practice.

[ ] **BY PERSONAL SERVICE** - ( ) I delivered by hand, such envelope to the offices of the addressee with delivery time prior to 5:00 p.m. on the date stated herein.

[x] **BY FACSIMILE TRANSMISSION** - I faxed the document to the offices of the addressee via facsimile transmission on the telephone indicated above, on the date and time specified on the Transmission Report. The document was sent by fax from telephone number (213) 978-8785 and the transmission was reported complete and without error. A true copy of the Transmission Report is attached to the mailed or personal or both proof(s) of service.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury under the laws of the states of the United States that the foregoing is true and correct.

This proof of service was executed on May 9, 2006 at Los Angeles, California.

_Melinda Crowe_
Melinda Crowe

#154073-1